AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| K.C. COASTAL, LLC,<br>a Florida limited liability company<br><br>*Plaintiff(s)*<br>v.<br>J&M UNDERGROUND ENGINEERING CORP., a Florida corporation, and JOHN DOES 1-10<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-22089-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  J&M UNDERGROUND ENGINEERING CORP.
c/o Registered Agent
M. Fuentes & Co.
4000 Ponce de Leon Blvd, Ste 470
Coral Gables, FL 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph R. Englander
LEWIS BRISBOIS BISGAARD & SMITH LLP
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Ph 954.728.1280
joseph.englander@lewisbrisbois.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 7, 2025

s/ K. Rivers
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court