**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22089-CIV-SMITH**

K.C. COASTAL, LLC,

Plaintiff,

v.

J&M UNDERGROUND ENGINEERING CORP., *et al.*,

Defendants.
______________________________________/

**ORDER AFFIRMING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation (the "Report") [DE 72] of Chief Magistrate Judge Patrick M. Hunt on the Mediator's Motion for Relief Regarding Plaintiff's Failure to Pay Mediation Fees (the "Motion") [DE 71]. The parties settled at mediation and stipulated to dismissal of all claims. (DE 66, 69, 70.)

The Mediator, James Matulis ("Mr. Matulis"), invoiced each side for its $5,550 share of the mediation fees. Defendants paid their share. Plaintiff, K.C. Coastal, LLC ("Plaintiff"), did not. (DE 72 at 2.) The Mediator moved to compel payment [DE 1], and Plaintiff did not respond. (*Id.* at 3-4.) On November 3, 2026, Judge Hunt issued his Report recommending that the Court grant the Motion and award the Mediator the unpaid fees, contractual interest, and $250 in attorney's fees. (*Id.* at 3–4.) No party objected to the Report, and the deadline to do so has passed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The Court reviews *de novo* any portion to which a party specifically objects. Fed. R. Civ. P. 72(b)(3). When no specific objection is made, the Court reviews the Report for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*,

199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001). Finding no clear error, the Court agrees with Judge Hunt that the fees are reasonable and that the Mediator is entitled to payment under the agreed terms. Accordingly, it is

**ORDERED**

1. The Report [DE 72] is **AFFIRMED AND ADOPTED**.
2. The Mediator's Motion [DE 71] is **GRANTED**.
3. Plaintiff shall pay Mr. Matulis $5,550 in mediation fees, plus interest on that amount at 12% per year from October 10, 2025, through the date of this Order. Plaintiff shall also pay Mr. Matulis $250 in attorney's fees.
4. This case remains **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 9th day of November, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record;
& James Matulis, Mediator
10906 Sheldon Road
Tampa, FL 33626